FILED

UNITED STATES DISTRICT COURT 13 JUL 31 PM 3: 57
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                  CASE NO. 8:13-CR-378-27-TBM
                                                           21 U.S.C. § 846
KIMBERLY LIVELY                              21 U.S.C. § 853-(Forfeiture)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From a date unknown, but at least beginning in or about mid 2011 through in or about late 2012, in Pinellas, Hillsborough and Polk Counties, in the Middle District of Florida, and elsewhere, the defendant,

**KIMBERLY LIVELY,**

did knowingly and willfully conspire with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II Controlled Substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A).

### FORFEITURES

1.    The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging

forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From her engagement in any or all of the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant,

KIMBERLY LIVELY,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of her interest in:

    a. Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and,

    b. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

*Patricia Arvin*
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: *[signature]*
KATHY J.M. PELUSO
Assistant United States Attorney

By: *[signature]*
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

FORM OBD-34
APR 1991                    No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

KIMBERLY LIVELY

## INDICTMENT

Violations:   Title 21, United States Code, Sections 846

A true bill,

*Patricia Alvin*
Foreperson

Filed in open court this 31st day of July 2013.

_____
Clerk

Bail  $_____

GPO 863 525

3